UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, Sr., <br><br> Plaintiff, <br><br> v. <br><br> AFSCME UNION LOCAL 257, <br><br> Defendants. | Case No.  2:23-cv-01627-TLN-JDP <br><br><br> **ORDER** |

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 24, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and no objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 24, 2024 (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is GRANTED;
3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and
4. The Clerk of Court is directed to close this case.

Date:  February 19, 2024

Troy L. Nunley
United States District Judge

2